[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  13-11633
Non-Argument Calendar
_____

District Court No. 1:12-cv-01104-WSD


ANJI REDDY BODANA, DVM,

                                        Plaintiff-Appellant,

versus

MERRY CAGLE,
In her individual capacity,

                                        Defendant-Appellee.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____


(November 19, 2013)

Before  WILSON, HILL, and ANDERSON, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the argument of the parties contained in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED**.